UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARBARA EDENFIELD,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cv-01023-APG-CWH<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Defendant Southwest Airlines Co. removed this case to federal court on April 10, 2017. ECF No. 1. Because Southwest's Petition for Removal did not provide sufficient facts to justify jurisdiction, I ordered it to show cause why this action should not be remanded to the state court. ECF No. 5. In response, Southwest reports that the plaintiff's counsel has now confirmed the plaintiff is not seeking damages in excess of the jurisdictional minimum for this court to exercise diversity jurisdiction over this case. ECF No. 8. Accordingly, Southwest consents to remand to the state court.

IT IS THEREFORE ORDERED this case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

Dated: April 26, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE